Com. v. Robinson .................... 2976 EDA 2015    11/07/2016    CP–39–CR–0000256–
Affirmed    2015
(Lehigh)

Com. v. Waliyyuddin ................. 3650 EDA 2015    11/07/2016    CP–51–CR–0008582–
Affirmed    2011
(Philadelphia)

In re Adoption of H.B.M.Y. ............ 1543 EDA 2016    11/07/2016    12 O.C.A. 2016
Vacated and    (Monroe)
Remanded

Com. v. Morris....................... 1896 MDA 2015    11/07/2016    CP–14–CR–0002161–
Affirmed    2013
(Centre)

Com. v. Henry ....................... 2108 MDA 2015    11/07/2016    CP–35–CR–0001054–
Remanded    2014
(Lackawanna)

Com. v. Setlock ...................... 183 MDA 2016    11/07/2016    CP–54–CR–0001527–
Affirmed    2014
(Schuylkill)

Com. v. Holder [14] .................... 286 MDA 2016    11/07/2016    CP–67–CR–0004275–
Affirmed    1998
(York)

Com. v. Harris ....................... 903 WDA 2015    11/07/2016    FD–14–02045
Affirmed and    (Allegheny)
Reversed

Com. v. Porter ....................... 986 WDA 2015    11/07/2016    CP–02–CR–0001703–
Affirmed    1999
(Allegheny)

Com. v. Jones........................ 1054 WDA 2015    11/07/2016    CP–02–CR–0013357–
Affirmed,    2014
Vacated and    (Allegheny)
Remanded

Bauer v. Golden Gate National ......... 1252 WDA 2015    11/07/2016    No. 2473 of 2014 GD
Reversed and    (Fayette)
Remanded

Com. v. Wymard ..................... 1297 WDA 2015    11/07/2016    CP–26–CR–0000845–
Affirmed    2011
(Fayette)

Com. v. Andrejco–Jones .............. 1491 WDA 2015    11/07/2016    CP–02–CR–0013855–
Affirmed    2010
(Allegheny)

Wolfe v. Branch Banking Trust Co. ...... 1530 WDA 2015    11/07/2016    2015–537–CD
Affirmed    (Clearfield)

Com. v. Hopkins ..................... 1611 WDA 2015    11/07/2016    CP–02–CR–0002705–
Affirmed    2010
(Allegheny)

Com. v. Smallis ...................... 1660 WDA 2015    11/07/2016    CP–02–CR–0015152–
Affirmed    2012
(Allegheny)

Com. v. Eddy ........................ 1813 WDA 2015    11/07/2016    CP–30–CR–0000184–
Affirmed and    2014
Reversed    (Greene)

14. Petition for reargument denied December 21, 2016.